FELICIA R. REID, Bar No. 155481
freid@chklawyers.com
KRISTIN L. OLIVEIRA, Bar No. 204384
koliveira@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
L-1 ENROLLMENT SERVICES
DIVISION, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

(Western Division)

| | |
|---|---|
| EDUARDO FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>L-1 ENROLLMENT SERVICES DIVISION, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-03244 AHM (CWx)<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>**Complaint Filed:** April 15, 2011 |

In view of the parties' Joint Stipulation filed January 9, 2012, the Court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated: January 09, 2012

By: _____
A. Howard Matz
Judge for the United States District Court
for the Central District of California

**JS-6**

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL
CASE NO. 2:11-CV-3244 AHM (CWX)